Form 3

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| **QATAR MELAMINE COMPANY (A QATARI PRIVATE SHAREHOLDING COMPANY) AND QATARENERGY MARKETING (1), A QATARI PRIVATE SHAREHOLDING COMPANY (f/k/a QATAR CHEMICAL AND PETROCHEMICAL MARKETING AND DISTRIBUTION COMPANY (MUNTAJAT) Q.P.J.S.C.),** <br><br>         **Plaintiffs,** <br>  v. <br><br> **UNITED STATES,** <br>          **Defendant.** | **S U M M O N S** <br> **Court No. 25-00053** |

**TO:** The Attorney General and the United States Department of Commerce:

 **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



          **/s/ Mario Toscano**
          Clerk of the Court

1. The plaintiffs are Qatar Melamine Company (a Qatari Private Shareholding Company) ("QMC") and QatarEnergy Marketing (1), a Qatari Private Shareholding Company, f/k/a Qatar Chemical and Petrochemical Marketing and Distribution Company (Muntajat) Q.P.J.S.C. ("Muntajat"). Plaintiff QMC is a Qatari producer of subject merchandise and participated in the Department of Commerce's investigation that resulted in the contested finding. Plaintiff Muntajat is a Qatari exporter of subject merchandise and participated in the Department of Commerce's investigation that resulted in the contested finding. Plaintiffs therefore are parties to the proceeding and are entitled to commence this civil action pursuant to 28 U.S.C. § 2631(c), 28 U.S.C. § 1581(c), and 19 U.S.C. § 1516a(a)(2)(B)(i).

2. Plaintiffs contest the Final Determination in the Countervailing Duty Investigation in Melamine from Qatar (case no. C-518-002) by the International Trade Administration, Department of Commerce.

3. The underlying administrative determination was issued on December 2, 2024.

4. The Final Determination was published in the Federal Register on December 9, 2024 (89 Fed. Reg. 97593).

                                                   /s/ Jay C. Campbell
                                                   Jay C. Campbell
                                                   Richard G. King
                                                   Ron Kendler
                                                   Colin Alejandro Dilley
                                                   Chunfu Yan

                                                   WHITE AND CASE LLP
                                                   701 Thirteenth Street, NW
                                                   Washington, DC 20005
                                                   (202) 626-3600

Date: February 28, 2025

## SERVICE OF SUMMONS BY THE CLERK

### QATAR MELAMINE COMPANY ET AL. v. UNITED STATES
### CIT Court No. 25-00053

Pursuant to CIT Rule 3(a)(2), this is an action described in 28 U.S.C. § 1581(c) to contest a determination listed in section 516A(a)(2) of the Tariff Act of 1930, for which the filing of a summons only is required for commencement of the action. In accordance with CIT Rule 4(a)(1) and (4), the Clerk of the Court is requested to serve the summons on each of the following named defendants:

### UPON THE UNITED STATES:

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

### UPON THE DEPARTMENT OF COMMERCE:

John K. Guenther
Acting General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington, DC 20230

Robert Heilferty
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

## NOTICE TO INTERESTED PARTIES

### QATAR MELAMINE COMPANY ET AL. v. UNITED STATES
### CIT Court No. 25-00053

I, Jay C. Campbell of the law firm White & Case LLP, hereby certify that on or promptly after February 28, 2025, pursuant to CIT Rule 3(f), I notified all interested parties who were a party to the proceeding below, by mailing copies of the foregoing Summons, Form 5, Form 13, and Form 17, by certified mail, return receipt requested:

**ON BEHALF OF CORNERSTONE CHEMICAL COMPANY**
Stephen J. Orava
**King & Spalding LLP**
1700 Pennsylvania Avenue, NW
Washington, DC 20006-4706

                                                 /s/ Jay C. Campbell
                                                    Jay C. Campbell

## CERTIFICATE OF SERVICE

I, Jay C. Campbell, of the law firm White & Case LLP, hereby certify that on or promptly after February 28, 2025, copies of the foregoing Summons, Form 5, Form 13, and Form 17, were delivered to the following parties by certified mail, return receipt requested:

**UPON THE UNITED STATES:**

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
National Courts Branch
Room 346
26 Federal Plaza
New York, NY 10278

Jeanne Davidson
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, NW
Washington, DC 20530

**UPON THE DEPARTMENT OF COMMERCE:**

John K. Guenther
Acting General Counsel
U.S. Department of Commerce
Mail Stop 5875 HCHB
14th and Constitution Avenue, NW
Washington, DC 20230

Robert Heilferty
Office of the Chief Counsel for Trade Enforcement and Compliance
International Trade Administration
U.S. Department of Commerce
1401 Constitution Ave., NW
Washington, DC 20230

    /s/ Jay C. Campbell
    Jay C. Campbell